# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 20, 2009

Charles R. Fulbruge III
Clerk

No. 09-50203
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GARY PAUL DORN,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:08-CR-169-1

Before HIGGINBOTHAM,WIENER, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Gary Paul Dorn has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*.[1] Dorn has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

_____

[2] *See* 5TH CIR. R. 42.2.